IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BILLY TYLER,<br><br>Plaintiff,<br><br>vs.<br><br>SOCIAL SECURITY ADMINISTRATION,<br><br>Defendant. | 8:26CV156<br><br>**MEMORANDUM AND ORDER** |

Plaintiff Billy Tyler ("Plaintiff") has filed two motions which this Court construes as seeking my recusal based on my previous rulings in other matters. *See* Filing Nos. 6 & 8. Plaintiff's motions for recusal will be denied.

A legally sufficient affidavit supporting a motion for recusal must allege bias or prejudice, <u>and</u> such bias or prejudice must stem from an extrajudicial source. *United States v. Faul*, 748 F.2d 1204, 1211 (8th Cir. 1984). That is, "bias or prejudice" does not include opinions held by judges acquired in the course of the proceedings, nor does it include opinions held as a result of what judges learned in earlier proceedings. *Liteky v. United States*, 510 U.S. 540, 551 (1994). A party is not entitled to recusal even when a judge is exceedingly ill-disposed toward him, where the judge's knowledge and the opinion it produced were properly and necessarily acquired in the course of the proceedings. *In re Steward*, 828 F.3d at 682; *see United States v. Rubashkin*, 655 F.3d 849, 858 (8th Cir. 2011). And judicial rulings rarely establish a valid basis for recusal. *United States v. Melton*, 738 F.3d 903, 906 (8th Cir. 2013).

A federal judge must disqualify himself if "his impartiality might reasonably be questioned." 28 U.S.C. § 455(a). This is "an objective standard for assessing a judge's

duty to recuse." *U.S. v. Melton*, 738 F.3d 903, 905 (8th Cir. 2013). "[T]he question is whether the judge's impartiality might reasonably be questioned by the average person on the street who knows all the relevant facts of a case." *Id.* (internal quotation marks omitted).

Here, Plaintiff's accusations are premised entirely on perceived unfavorable rulings in prior cases, which are neither extrajudicial, nor indicative of bias. *See United States v. Larsen*, 427 F.3d 1091, 1095 (8th Cir. 2005); *see also United States v. Martin*, 757 F.3d 776, 778 (8th Cir. 2014).

IT IS THEREFORE ORDERED that: Plaintiff's Motions for Recusal, Filing Nos. 6 & 8, are denied.

Dated this 9th day of June, 2026.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Court